FILED
CLERK, U.S. DISTRICT COURT
APR 10 1996
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 96-199 |
|---|---|
| Plaintiff, | CASE NUMBER |
| vs. Aasim Mahmood | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| Defendant, | |

Upon motion of __deft__, IT IS ORDERED that a detention hearing is set for __April 12__, 19__96__, at __9:00__ __A__M, before the Honorable __JOSEPH REICHMANN__, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) and produced for the
                                                   (Other custodial officer)
hearing.

DATED: __4/10/96__                              _____
                                                U. S. District Judge/Magistrate

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT

CR-66 (1/86)